NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ROBERT W. STEELE,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————

2013-3065

———————————

Petition for review of the Merit Systems Protection Board in No. CH0752120680-I-1.

———————————

**ON MOTION**

———————————

# O R D E R

The Department of Agriculture moves to reform the official caption to name the Merit Systems Protection Board as the proper respondent, and to set the due date for the Board's brief as 21 days from the date of disposition of this motion.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board.  The

ROBERT STEELE V. MSPB                                                    2

employing agency is designated as the respondent when the Board reaches the merits of the underlying case.  Here, the Board dismissed Steele's appeal for lack of jurisdiction.  Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to reform the caption is granted.  The revised official caption is reflected above.

(2)  The Board's brief will be due within 21 days from the date of this order.


FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21